UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 16 CR 107 |
| v. | ) | |
| | ) | Violations: Title 18, United States Code, Sections 922(g)(1) and 924(e)(1), and Title 21, United States Code, Section 841(a)(1) |
| GABRIEL ROSAS, also known as "Gabe" | ) | |

**JUDGE WOOD**

**MAGISTRATE JUDGE GILBERT**

## COUNT ONE

The SPECIAL JANUARY 2015 GRAND JURY charges:

On or about December 31, 2014, at Joliet, in the Northern District of Illinois, Eastern Division,

GABRIEL ROSAS, also known as "Gabe,"

defendant herein, previously having been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, namely, a 9mm, Bryco Arms, Model – Jennings Nine, bearing serial number 136207, which firearm had traveled in interstate commerce prior to the defendant's possession of the firearm;

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(e)(1).

1

## COUNT TWO

On or about March 18, 2015, at Joliet, in the Northern District of Illinois, Eastern Division,

GABRIEL ROSAS, also known as "Gabe,"

defendant herein, previously having been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, namely, a Phoenix Arms pistol, model HP22A, .22 caliber, bearing serial number 4406046, and a Rohm .22 caliber revolver, bearing serial number 1047115, which firearm had traveled in interstate commerce prior to the defendant's possession of the firearm;

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(e)(1).

## **COUNT THREE**

The SPECIAL JANUARY 2015 GRAND JURY further charges:

On or about March 18, 2015, at Joliet, in the Northern District of Illinois, Eastern Division,

GABRIEL ROSAS, also known as "Gabe,"

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL:

_____
FOREPERSON