# EXHIBIT A

OFFICIAL STATEMENT OF FACTS

SUBMITTED IN ACCORDANCE WITH THE PROVISIONS OF
CHAPTER 730, SECTION 5/5-4-1
ILLINOIS COMPILED STATUTES

DEFENDANT'S NAME: Gabriel Rosas          CASE NO: 95 CF 4366

ADDRESS: 799 Virginia Street, Joliet, IL

SEX: Male          RACE: Hispanic          DATE OF BIRTH: 4/30/76

OFFENSE(S): Aggravated Discharge of a Firearm

DATE OF OFFENSE: 5/27/95

SENTENCE DATE: 9/18/95

SENTENCE: 4 Years in the Department of Corrections

I. FACTS AND CIRCUMSTANCES OF OFFENSE:

Defendant fired a gun at the home of a rival gang member and almost hit Jazz Borden, who was walking his dog.

II. BACKGROUND:

Defendant has a conviction for Unlawful Use of A Weapon in Will Count case number 95 CF 2097 and has juvenile adjudications of delinquency for committing the offense of Theft from a person; Unlawful use of a Weapon and Unlawful Possession of Cannabis with Intent to Deliver in Will County case number 91 J 13389. Defendant has previously been committed to the Illinois Department of Corrections, Juvenile Division.

III. HABITS, ASSOCIATES AND REPUTATION:

Defendant is a member of the latin kings street gang.

_____
ASSISTANT STATE'S ATTORNEY
WILL COUNTY, ILLINOIS

DATED 3-28-96

CERTIFICATION

I, PAMELA J. MCGUIRE, CLERK OF THE 12TH JUDICIAL CIRCUIT, WILL COUNTY, ILLINOIS, CERTIFY THIS TO BE A TRUE COPY OF AN ORIGINAL RECORD OF THIS CIRCUIT COURT.

SIGNED _____ 3-2-16
         CLERK           DATE

26-e

REV. 1/95

## STATE OF ILLINOIS

IN THE CIRCUIT COURT OF THE __TWELFTH__ JUDICIAL CIRCUIT

__WILL__ COUNTY

### MITTIMUS FOR STATE PENAL INSTITUTIONS

PLEAS before said Circuit Court held in the city of __JOLIET__, Illinois on __September 18__, __1995__.

Present: HONORABLE __STEPHEN D. WHITE__, Judge of the Circuit Court

__JAMES W. GLASGOW__, State's Attorney

__BRENDAN D. WARD__, Sheriff

Attest: __HELEN S. HARSHBARGER__
(Clerk of the Circuit Court)

BE IT REMEMBERED that on said date the following, among other proceedings, were had and entered of record in said Court:

THE PEOPLE OF THE STATE OF ILLINOIS
vs.
__GABRIEL ROSAS__
Defendant

No. __95 CF 4366__

### JUDGMENT AND SENTENCE

Now come THE PEOPLE OF THE STATE OF ILLINOIS, by __Mike Knick, Assistant__, State's Attorney of __WILL__ County, and the defendant, in person and by counsel, __Ira Goldstein__, and now neither the defendant nor defendant's counsel saying anything further why the judgment of the court should not now be pronounced against said defendant on the __Plea__ of guilty heretofore (plea or verdict) entered to the charge of __Aggravated Discharge of a Firearm__ as charged in the ~~complaint or~~ indictment returned in this cause on __August 3__, 19__95__;

Therefore, it is ordered and adjudged by the court that said defendant is guilty of the crime of __AGGRAVATED DISCHARGE OF A FIREARM, CLASS 1 FELONY, COUNT 1; COUNT 2 NOLLE PROSSED__, as charged in the indictment ~~or complaint~~ herein.

The court finds the age of said defendant to be __19__ years. DOB: __4-30-76__

The court having offered to hear evidence in aggravation and mitigation of the offense as to the moral character, life, family, occupation, and criminal record of defendant, and the presentation of evidence having been heard by the court __GABRIEL ROSAS__, the defendant having nothing further to say, the court hereby sentences said defendant to imprisonment in a penitentiary and fixes the term of imprisonment at __Four (4) years with credit for 227 days actually served to be applied__
(Insert definite period or indeterminate term as required)

It is further ordered and adjudged that the defendant be taken from the bar of this court to the common jail of said county, and from there be taken by the sheriff of said county to the _____

ILLINOIS DEPARTMENT OF CORRECTIONS

and be delivered to the Department of Corrections, and said Department of Corrections is hereby commanded to confine the defendant for the term above fixed, or until discharged by due process of law.

It is further ordered that said defendant pay the costs of these proceedings and that a mittimus be issued and executed without delay.

Dated \_\_\_\_\_September 26,\_\_\_\_\_, 19 95.

ENTER: _____
(Judge)

STATE OF ILLINOIS, } ss.
WILL County,

The undersigned Clerk of the Circuit Court of the above named Court does hereby certify the above to be a true and complete copy of an order entered of record in said Court in the case of THE PEOPLE OF THE STATE OF ILLINOIS versus \_\_\_\_\_GABRIEL ROSAS\_\_\_\_\_.

Signed and sealed before me

\_\_\_\_\_September 26,\_\_\_\_\_, 19 95.

(Official Seal Affixed)

_____
(Clerk of the Circuit Court)

To the Sheriff of \_\_\_WILL\_\_\_ County to Execute

STATE OF ILLINOIS, } ss.
_____ County,

I certify that the defendant has been held in custody in the County Jail _____ days; and I have delivered the person named in the within mittimus to _____

on _____, 19 \_\_\_\_.

Dated _____, 19 \_\_\_\_.

Costs:
Clerk . . . . . . . . . . . . . . . . . . . $ _____
Sheriff . . . . . . . . . . . . . . . . . . $ _____
State's Attorney . . . . . . . . . . . . $ _____

(Sheriff)

By: _____
(Deputy)

CERTIFICATION
I, PAMELA J. MCGUIRE, CLERK OF THE 12TH JUDICIAL CIRCUIT, WILL COUNTY, ILLINOIS, CERTIFY THIS TO BE A TRUE COPY OF AN ORIGINAL RECORD OF THIS CIRCUIT COURT.
SIGNED _____ 3-2-16
CLERK    DATE

STATE OF ILLINOIS
IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
WILL COUNTY, ILLINOIS

PEOPLE OF THE STATE OF ILLINOIS    )
                                    )
                    vs.             )    Case No. 95 CF 4366
                                    )
GABRIEL ROSAS                       )

## BILL OF INDICTMENT

Indictment returned by Grand Jury empaneled by the Circuit Court of the Twelfth Judicial Circuit, County of Will, State of Illinois, on November 3, 1994.

The GRAND JURORS, chosen, selected and sworn, in and for the County of Will in the State of Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths present that:

### COUNT I

on or about **MAY 27, 1995** at and within Will County, Illinois, **GABRIEL ROSAS**, a male person, committed the offense of:

### AGGRAVATED DISCHARGE OF A FIREARM
### (CLASS 1 FELONY)

in that, **he, knowingly and without authority, discharged a firearm in the direction of Jazz Borden,** in violation of Chapter 720, Section 5/24-1.2(a)(2), of the Illinois Compiled Statutes, 1992, contrary to the Statute, and against the peace and dignity of the same People of the State of Illinois, and

_____
Foreman of the Grand Jury

## COUNT II

on or about **MAY 27, 1995** at and within Will County, Illinois, **GABRIEL ROSAS**, a male person, committed the offense of:

## AGGRAVATED DISCHARGE OF A FIREARM
## (CLASS 1 FELONY)

in that, **he, knowingly and without authority, discharged a firearm in the direction of Andrew Harris,** in violation of Chapter 720, Section 5/24-1.2(a)(2), of the Illinois Compiled Statutes, 1992, contrary to the Statute, and against the peace and dignity of the same People of the State of Illinois.

A TRUE BILL

_____
Foreman of the Grand Jury

LIST OF WITNESSES

WHO TESTIFIED BEFORE GRAND JURY

JAZZ BORDEN

ANDREW HARRIS

_Foreman of the Grand Jury_

STATE OF ILLINOIS

IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT

WILL COUNTY

The within indictment returned in open Court this 3rd day of August, 1995.

BAIL SET AT $ 750,000.00

Warrant of Arrest ~~ordered~~ ordered ~~stayed~~ to issue.

Judge of the Circuit Court

CERTIFICATION

I, PAMELA J. MCGUIRE, CLERK OF THE 12TH JUDICIAL CIRCUIT, WILL COUNTY, ILLINOIS, CERTIFY THIS TO BE A TRUE COPY OF AN ORIGINAL RECORD OF THIS CIRCUIT COURT.

SIGNED: Pamela McGuire  DATE: 3-2-16
CLERK