# EXHIBIT B

## OFFICIAL STATEMENT OF FACTS

SUBMITTED IN ACCORDANCE WITH THE PROVISIONS OF
CHAPTER 730, SECTION 5/5-4-1
ILLINOIS REVISED STATUTES

DEFENDANT'S NAME: GABRIEL ROSAS

CASE NO.: 96 CF 2029

ADDRESS: IDOC

SEX: MALE                    RACE: HISPANIC              DATE OF BIRTH: 4/30/76

OFFENSE(S): CONSPIRACY TO COMMIT 1st DEGREE MURDER

DATE OF OFFENSE: 3/25/92

SENTENCE DATE: 11/24/98

SENTENCE: 10 YEARS IN IDOC, no credit for time served and consecutive to 97 CF 2631

I. FACTS AND CIRCUMSTANCES OF OFFENSE: On March 25, 1992 the defendant was talking with Simon and Jeffrey Diaz Deleon, Salvador Pena and several other Latin King gang members were hanging around a gas station in Joliet discussing. They were discussing "taking care of business", ie doing a drive by gang shooting. Gabe Rosas admitted that he gave a 9 mm Glock and a .38 special handgun to Simon Diaz Deleon, which were later used, according to Gabe Rosas to kill Mario Moffett.

II. BACKGROUND: The defendant was convicted in the following cases:
1. 95 CF 2097-UUW-12 months CD
2. 95 CF 4366-Agg. Discharge of a firearm-4 years in IDOC
3. 97 CF 2631-Unl. Possession of a controlled sub. W/intent to deliver-2 years consecutive to 95 CF 4366

III. HABITS, ASSOCIATES AND REPUTATION: Gabe Rosas is a hardcore member of the Latin Kings organized street gang. He associates with Norman Campbell, Alberto Gomez. Salvador Pena and Victor Rosas, all convicted felons and Latin King members.

_Gerald E. Woodcock_
Gerald E. Woodcock
ASSISTANT STATE'S ATTORNEY
WILL COUNTY, ILLINOIS

DATED: November 30, 1998

Assistant States Attorney

CERTIFICATION

I, PAMELA J. MCGUIRE, CLERK OF
THE 12TH JUDICIAL CIRCUIT, WILL
COUNTY, ILLINOIS, CERTIFY THIS
TO BE A TRUE COPY OF AN
ORIGINAL RECORD OF THIS CIRCUIT
COURT.
SIGNED _Pamela J McGuire_ 3-2-16
CLERK                    DATE

IN THE CIRCUIT COURT OF _Will_ COUNTY, ILLINOIS

PEOPLE OF THE STATE OF ILLINOIS )
        v. )    Case No. _96 CF 2029_

_GABRIEL ROSAS_ )
   Defendant. )

## JUDGMENT - SENTENCE TO ILLINOIS DEPARTMENT OF CORRECTIONS

WHEREAS the above named defendant _GABRIEL ROSAS_ has been adjudged guilty of the offenses enumerated below:

IT IS THEREFORE ORDERED that the defendant be and hereby is sentenced to the Illinois Department of Corrections for the term of years and months specified for each offense as.

| Count | Offense | Offense Date | Statutory Citation | Class | Sentence | |
|---|---|---|---|---|---|---|
| I | CONSPIRACY to commit 1st Degree murder | March 25, 1993 | rev chapt 38 Sec 9-1(a)(3) 1/2 | X 2 | 40 Yrs. | 0 Mos. |

and said sentence shall run (concurrent with) (consecutive to) the sentence imposed on:
125 ch p 38 sec 1 + 8-2(a)

_____ _____ _____

and said sentence shall run (concurrent with) (consecutive to) the sentence imposed on: _____ Yrs. _____ Mos.

_____ _____ _____

and said sentence shall run (concurrent with) (consecutive to) the sentence imposed on: _____ Yrs. _____ Mos.

Convicted of a class _____ offense but sentenced as a class X offender pursuant to 730 ILCS 5/5-5-3(c)(8).

The Court finds that the defendant is entitled to receive credit for time actually served in custody (of _____ days as of the date of this order) (from [specific dates]): _NO CREDIT FOR TIME SERVED_

The Court further finds that the conduct leading to conviction for the offenses enumerated in counts _____ resulted in great bodily harm to the victim. (730 ILCS 5/3-6-3(a)(2)(iii)).

_____

IT IS FURTHER ORDERED that the sentence(s) imposed on count(s) _I_ be (concurrent with) (consecutive to) the sentence imposed in case number _97CF2631_ in the Circuit Court of _Will_ County; be (concurrent with) (consecutive to) the sentence imposed in case number _____ in the Circuit Court of _____ County; be (concurrent with) (consecutive to) the sentence imposed in case number _____ in the Circuit Court of _____ County.

IT IS FURTHER ORDERED that the Clerk of Court deliver a certified copy of this order to the Sheriff.

IT IS FURTHER ORDERED that the Sheriff take the defendant into custody and deliver him to the Department of Corrections which shall confine said defendant until expiration of his sentence or until he is otherwise released by operation of law.

IT IS FURTHER ORDERED that the Department of Corrections withhold _____ % (percent) [Percentage may not be more than 50%] of the inmate's monthly Corrections income and remit that amount to the _____ County Circuit Clerk for application to amounts due in this case for a total amount due of $ _____

CERTIFICATE
I, PAMELA J. McGUIRE, CLERK OF THE 12TH JUDICIAL CIRCUIT, WILL COUNTY, ILLINOIS, CERTIFY THIS TO BE A TRUE COPY OF AN ORIGINAL RECORD OF THIS CIRCUIT COURT
SIGNED Pamela J McGuire 3-24b
CLERK    DATE

IT IS FURTHER ORDERED that _____

_____

IT IS FURTHER RECOMMENDED that _____

DATED: _June 24, 1998_

ENTER: _____
        Judge

_STEPHEN D. WHITE_
PLEASE PRINT JUDGE'S NAME HERE

# STATE OF ILLINOIS
## IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
## WILL COUNTY

THE PEOPLE OF THE STATE OF ILLINOIS )

                        ) CASE NO. 96 CF 2029

          VS.              )

                        )

**GABRIEL ROSAS**           )

                        )

## INFORMATION

James W. Glasgow, State's Attorney of Will County, Illinois, now appears before the

Circuit Court of Will County and in the name and by the authority of the People of the State of

Illinois states that on or about March 25, 1992 at and within Will County, Illinois, GABRIEL

ROSAS, a male person, committed the offense of:

### CONSPIRACY TO COMMIT FIRST DEGREE MURDER
### (CLASS 2 FELONY)

in that, said defendant, with the intent that the offense of First Degree Murder, in violation of the

Illinois Revised Statutes, Chapter 38, Section /9-1(a)(2), be committed, agreed with Salvador Pena,

Simon Diaz DeLeon, and Jeffrey Diaz DeLeon, to the commission of that offense and performed an

act in furtherance of that agreement, in that he provided a 9 mm Glock handgun and a .38 caliber

handgun to Salvador Pena, Simon Diaz DeLeon, and Jeffrey Diaz DeLeon, in violation of Chapter

38, Section 9-1(a)(2) and 8-2(a), of the Illinois Revised Statutes, 1991.

                    **JAMES W. GLASGOW**
                    State's Attorney
                    Will County, Illinois

                    Gerald E. Woodcock
                    Assistant State's Attorney
                    Will County, Illinois

GEW/nas

STATE OF ILLINOIS    )
                         )   SS.
COUNTY OF WILL     )

Gerald E. Woodcock, Assistant State's Attorney of Will County, Illinois being first duly sworn, on his oath, deposes and says that he has read the foregoing information by him subscribed and that the matters and things therein stated are true to the best of his knowledge, information and belief.

Gerald E. Woodcock
Assistant State's Attorney
Will County, Illinois

Subscribed and sworn before me

on November 20, 1998., A.D.

Notary Public

"OFFICIAL SEAL"
Sandra M. Dempsey
Notary Public, State of Illinois
My Commission Expires 3/26/2001

I have examined the above information and the person presenting the same and am satisfied that there is probable cause for filing the same. Leave is given to file said information.

Bail set at $ _____.

Warrant of Arrest   ordered / stayed   to issue.

Judge

CERTIFICATION
I, PAMELA J. McGUIRE, CLERK OF THE 12TH JUDICIAL CIRCUIT, WILL COUNTY, ILLINOIS, CERTIFY THIS TO BE A TRUE COPY OF AN ORIGINAL RECORD OF THIS CIRCUIT COURT.
SIGNED: Pamela J. McGuire     3-2-16
CLERK       DATE