# EXHIBIT C

PEOPLE OF THE STATE OF ILLINOIS

VS.

Gabriel Rosas

Case No. 05 CF 483

## JUDGMENT - SENTENCE TO ILLINOIS DEPARTMENT OF CORRECTIONS

WHEREAS the above-named defendant, dob 4-30-76, has been adjudged guilty of the offenses enumerated below.

IT IS THEREFORE ORDERED that the defendant be and hereby is sentenced to confinement in the Illinois Department of Corrections for the term of years and months specified for each offense.

| COUNT | OFFENSE | DATE OF OFFENSE | STATUTORY CITATION | CLASS | SENTENCE |
|---|---|---|---|---|---|
| I. | Unl. Poss. Cont. Subst. with Int. To Deliver | 3-9-05 | 720 ILCS 570/401(a)(2)(B) | X | Nine (9) years in D.O.C. |

and said sentence shall run **concurrent with / consecutive to** the sentence imposed on:

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

and said sentence shall run **concurrent with / consecutive to** the sentence imposed on:

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

and said sentence shall run **concurrent with / consecutive to** the sentence imposed on:

Convicted of a class _____ offense but sentenced as a class X offender pursuant to 730 ILCS 5/5-5-3(c)(8).

The Court finds that the defendant is entitled to receive credit for time actually served in custody of 347 days as of the date of this order ( March 9, 2005 to February 17, 2006 )The defendant to be given credit for the same number of days good time as days in physical custody.

The Court further finds that the conduct leading to conviction for the offenses enumerated in counts _____ resulted in great bodily harm to the victim. (730 ILCS 5/3-6-3(a)(2)(iii)).

IT IS FURTHER ORDERED that the sentence(s) imposed on count(s) _____ be concurrent with / consecutive to the sentence imposed in case number _____ in the Circuit Court of _____ County; be concurrent / consecutive with the sentence imposed in case number in the Circuit Court of _____ County; be concurrent / consecutive to the sentence impose in case number _____ in the Circuit Court of _____ County.

IT IS FURTHER ORDERED that the Clerk of the Court deliver a copy of this order to the Sheriff.

IT IS FURTHER ORDERED that the Sheriff take the defendant into custody and deliver him to the Department of Corrections which shall confine said defendant until expiration of his sentence or until he is otherwise released by operation of law.

IT IS FURTHER ORDERED THAT _____

IT IS FURTHER RECOMMENDED THAT _____

This order is (immediate) stayed until _____

DATE: June 13, 2007

ENTER: Judge Carla _____ JUDGE

STATE OF ILLINOIS
IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
WILL COUNTY, ILLINOIS

| | | |
|---|---|---|
| PEOPLE OF THE STATE OF ILLINOIS | ) | |
| | ) | |
| VS. | ) | Case No. **2005 CF 483** |
| | ) | |
| **GABRIEL T. ROSAS** | ) | |

## BILL OF INDICTMENT

Indictment returned by Grand Jury empaneled by the Circuit Court of the Twelfth Judicial Circuit, County of Will, State of Illinois, on February 23, 2005.

The GRAND JURORS, chosen, selected and sworn, in and for the County of Will in the State of Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths present that:

on or about **March 9, 2005,** at and within Will County, Illinois, **GABRIEL T. ROSAS**, a **male person,** committed the offense of:

### UNLAWFUL POSSESSION OF A CONTROLLED SUBSTANCE
### WITH INTENT TO DELIVER
### (Class X Felony)

in that **said defendant knowingly and unlawfully possessed with the intent to deliver 100 grams or more, but less than 400 grams of a substance containing cocaine, a controlled substance, other than as authorized in the Controlled Substances Act**, in violation of Chapter 720, Section 570/401(a)(2)(B), of the Illinois Compiled Statutes, 2005, contrary to the Statute, and against the peace and dignity of the same People of the State of Illinois.

A TRUE BILL

_____
Foreman of the Grand Jury

## LIST OF WITNESSES

## WHO TESTIFIED BEFORE GRAND JURY

Lee Foster

_____ Foreman of the Grand Jury

## STATE OF ILLINOIS

## IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT

## WILL COUNTY

The within indictment returned in open Court   3/23/05.

BAIL SET AT $ 250,000 -10%

Warrant of Arrest ordered / stayed to issue.

_____ Judge of the Circuit Court

CERTIFICATION

I, PAMELA J. MCGUIRE, CLERK OF THE 12TH JUDICIAL CIRCUIT, WILL COUNTY, ILLINOIS, CERTIFY THIS TO BE A TRUE COPY OF AN ORIGINAL RECORD OF THIS CIRCUIT COURT.
SIGNED Pamela J McGuire  3-2-16
CLERK                    DATE