# EXHIBIT D

PEOPLE OF THE STATE OF ILLINOIS )
                VS. )   Case No. 06 CF 2711

Gabriel Rosas

## JUDGMENT - SENTENCE TO ILLINOIS DEPARTMENT OF CORRECTIONS

WHEREAS the above-named defendant, dob 4-30-76, has been adjudged guilty of the offenses enumerated below.

IT IS THEREFORE ORDERED that the defendant be and hereby is sentenced to confinement in the Illinois Department of Corrections for the term of years and months specified for each offense.

| COUNT | OFFENSE | DATE OF OFFENSE | STATUTORY CITATION | CLASS | SENTENCE |
|---|---|---|---|---|---|
| I | Aggravated Battery | 10-15-06 | 720 ILCS 5/12-4(b)(8) | 3 | Two (2) years into D.O.C. |

and said sentence shall run **concurrent with** / consecutive to the sentence imposed on:

| | | | | | |
|---|---|---|---|---|---|
| | | | | | |

and said sentence shall run **concurrent with** / consecutive to the sentence imposed on:

| | | | | | |
|---|---|---|---|---|---|
| | | | | | |

and said sentence shall run **concurrent with** / consecutive to the sentence imposed on:

Convicted of a class _____ offense but sentenced as a class X offender pursuant to 730 ILCS 5/5-5-3(c)(8).

The Court finds that the defendant is entitled to receive credit for time actually served in custody of __4__ days as of the date of this order( October 25, 2006 to October 28, 2006 )The defendant to be given credit for the same number of days good time as days in physical custody.

The Court further finds that the conduct leading to conviction for the offenses enumerated in counts _____ resulted in great bodily harm to the victim. (730 ILCS 5/3-6-3(a)(2)(iii)).

IT IS FURTHER ORDERED that the sentence(s) imposed on count(s) __I__ be ~~concurrent with~~ / **consecutive to** the sentence imposed in case number 05CF483 in the Circuit Court of Will County; be concurrent / consecutive with the sentence imposed in case number in the Circuit Court of _____ County; be concurrent / consecutive to the sentence impose in case number _____ in the Circuit Court of _____ County.

IT IS FURTHER ORDERED that the Clerk of the Court deliver a copy of this order to the Sheriff.

IT IS FURTHER ORDERED that the Sheriff take the defendant into custody and deliver him to the Department of Corrections which shall confine said defendant until expiration of his sentence or until he is otherwise released by operation of law.

IT IS FURTHER ORDERED THAT _____

IT IS FURTHER RECOMMENDED THAT _____

This order is **immediate** / stayed until _____

DATE: June 13, 2007

ENTER: _____ JUDGE

CERTIFICATION
PAMELA MCCARTHY, CLERK OF THE 12TH JUDICIAL CIRCUIT, WILL COUNTY, ILLINOIS CERTIFY THIS TO BE A TRUE AND ACCURATE COPY OF THE ORIGINAL RECORD ON FILE IN THE CIRCUIT COURT.
SIGNED: Pamela McCarthy 3-2-16
CLERK

STATE OF ILLINOIS
IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
WILL COUNTY, ILLINOIS

| | |
|---|---|
| PEOPLE OF THE STATE OF ILLINOIS ) | |
| ) | Case No. **2006 CF 2711** |
| VS. ) | |
| ) | |
| **GABRIEL ROSAS** ) | |

## BILL OF INDICTMENT

Indictment returned by Grand Jury empaneled by the Circuit Court of the Twelfth Judicial Circuit, County of Will, State of Illinois, on August 23. 2006

The GRAND JURORS, chosen, selected and sworn, in and for the County of Will in the State of Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths present that:

on or about **October 15, 2006**, at and within Will County, Illinois, **GABRIEL ROSAS**, a male person, committed the offense of:

### AGGRAVATED BATTERY
(Class 3 Felony)

in that **said defendant, in committing a Battery, in violation of Illinois Compiled Statutes, Chapter 720, Section 5/12-3, without legal justification, knowingly made contact of an insulting or provoking nature with Victoria Aguilar by striking her about the body while Victoria Aguilar was on or about a public way, a parking lot located at 413 Meeker, Joliet, Will County, Illinois**, in violation of Chapter 720, Section 5/12-4(b)(8), of the Illinois Compiled Statutes, 2006, contrary to the Statute, and against the peace and dignity of the same People of the State of Illinois.

A TRUE BILL

_____
Foreman of the Grand Jury

## LIST OF WITNESSES

## WHO TESTIFIED BEFORE GRAND JURY

Matthew Breen
Ron Nagra

_Foreman of the Grand Jury_

## STATE OF ILLINOIS
### IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
### WILL COUNTY

The within indictment returned in open Court   110906

BAIL SET AT $ 75000 - 10%

Warrant of Arrest ~~ordered~~ ~~stayed~~ to issue.

_Judge of the Circuit Court_

CERTIFICATION

I, PAMELA J. MCGUIRE, CLERK OF THE 12TH JUDICIAL CIRCUIT, WILL COUNTY, ILLINOIS, CERTIFY THIS TO BE A TRUE COPY OF AN ORIGINAL RECORD OF THIS CIRCUIT COURT.

SIGNED: Pamela J. McGuire   3-2-16
CLERK   DATE