# EXHIBIT E

# INDICTMENT

IN THE CIRCUIT COURT
LASALLE, COUNTY, ILLINOIS, AT OTTAWA, ILLINOIS

FILED JUL 10 1996



PEOPLE OF THE STATE OF ILLINOIS )
    PLAINTIFF, )
    )
-VS- )
GABRIEL ROSAS ) NO. 96-CF-215
    )
    ) COUNT I OF I
    DEFENDANT. )

AT LEAST NINE MEMBERS OF THE GRAND JURY HAVING CONCURRED, THE GRAND JURORS OF LASALLE COUNTY, ILLINOIS, CHARGE THAT:

ON OR ABOUT JUNE 7, 1996, IN LASALLE COUNTY, ILLINOIS, GABRIEL ROSAS, DEFENDANT, COMMITTED THE OFFENSE OF:

POSSESSION OF CONTRABAND IN A PENAL INSTITUTION (CLASS 3 FELONY) IN THAT THE SAID DEFENDANT KNOWINGLY POSSESSED CONTRABAND, CANNABIS, IN THE SHERIDAN CORRECTIONAL CENTER, A PENAL INSTITUTION

IN VIOLATION OF SECTION 5/31A-1.1(b) CHAPTER 720, ILLINOIS COMPILED STATUTES.
A TRUE BILL.
DATE: 7/10/96

FOREMAN, GRAND JURY

NAMES OF WITNESSES UPON WHOSE EVIDENCE THIS INDICTMENT WAS FOUND:

LT. RENKOSIK - SHERIDAN CORRECTIONAL CENTER

JOSEPH R. NAVARRO, STATE'S ATTORNEY
LASALLE COUNTY GOVERNMENTAL COMPLEX
707 ETNA ROAD, Room 251
OTTAWA, IL 61350
TELEPHONE NO.: (815) 434-8340

(... Illinois)
(County of LaSalle)
I, Andrew F. Skoog, Clerk of the Circuit Court of LaSalle County, Illinois, and keeper of the records and files thereof, do hereby certify that the foregoing is a true and correct copy of the original document as it appears in the files in my office.
Dated this 15 Day of SEPT, 2015

Clerk of the Circuit Court

IN THE CIRCUIT COURT OF THE 13TH JUDICIAL CIRCUIT
LA SALLE COUNTY, ILLINOIS

FILED
AUG 02 1996
LA SALLE COUNTY CIRCUIT CLERK
THIRTEENTH JUDICIAL CIRCUIT OF ILLINOIS

People
vs.
Gabriel ROSAS

No. 96-CF-215

## APPEARANCE

The undersigned, as attorney, enters the appearance of the defendant

*Gerald G Kielian*

NAME GERALD G. KIELIAN
ATTORNEY FOR DEFENDANT - GABRIEL ROSAS
ADDRESS 57 N. OTTAWA ST. SUITE 612
CITY JOLIET, ILL
TELEPHONE 815-727-5310

(State of LaSalle)
I, Andrew F. Skoog, Clerk of the Circuit Court of LaSalle County, Illinois, and keeper of the records and files thereof, do hereby certify that the foregoing is a true and correct copy of the original document as it appears in the files in my office.
Dated this 15 Day of SEPT, 2015

Clerk of the Circuit Court

(State of Illinois)
(County of LaSalle)
I, Andrew F. Skoog, Clerk of the Circuit Court of LaSalle County, Illinois, and keeper of the records and files thereof, do hereby certify that the foregoing is a true and correct copy of the original document as it appears in the files in my office.
Dated this 15 Day of SEPT, 2015

Clerk of the Circuit Court

**STATE OF ILLINOIS**
**COUNTY OF LA SALLE**

## 1. JURY WAIVER; 2. PLEA OF GUILTY

Case No. 96 CF 215

People

vs.

GABRIEL ROSAS
_____
Defendant

Offense: POSSESSION OF CONTRABAND IN A PENAL INSTITUTION

FILED
FEB 21 1997
LA SALLE COUNTY CIRCUIT CLERK

1. I hereby waive right of trial by jury in above-entitled cause, and consent to a trial by the Court.

2. I hereby waive my right to trial by jury, trial by the Court, right to Counsel, enter my plea of guilty and consent to the entry of judgment of guilty.

February 21, 1997

X Gabriel Rosas
_____
Defendant

IN THE CIRCUIT COURT OF LASALLE COUNTY, ILLINOIS
13TH JUDICIAL CIRCUIT

PEOPLE OF THE STATE OF ILLINOIS )
vs. )
) Case No. 96-CF-215
)
GABRIEL ROSAS )
Defendant )

**FILED FEB 21 1997**
LASALLE COUNTY CIRCUIT CLERK

## JUDGMENT - SENTENCE TO ILLINOIS DEPARTMENT OF CORRECTIONS

WHEREAS the above-named defendant Gabriel Rosas (D.O.B. 04-03-76) has been adjudged guilty of the offenses enumerated below.

IT IS THEREFORE ORDERED that the defendant be and hereby is sentenced to confinement in the Illinois Department of Corrections for the term of years and months specified for each offense.

| COUNT | OFFENSE | DATE OF OFFENSE | STATUTORY CITATION | CLASS | SENTENCE |
|---|---|---|---|---|---|
| 1 | POSSESSION OF CONTRABAND IN A PENAL INSTITUTION | 06-07-96 | 720 ILCS 5/31A-1.1(b) FELONY | CLASS 3 | 2 YEARS |

and said sentence shall run consecutive to the sentence now being served.

Convicted of a class _____ offense but sentenced as a class X offender pursuant to 730 ILCS 5/5-5-3(c)(8).

The Court finds that the defendant is entitled to receive credit for time actually served in custody of _____ days as of the date of this order from _____.

The Court further finds that the conduct leading to conviction for the offenses enumerated in counts _____ resulted in great bodily harm to the victim.(730 ILCS 5/3-6-3(a)(2)(iii)).

_____
_____
_____

IT IS FURTHER ORDERED that the sentences imposed on counts: be consecutive to the sentence imposed in case number in the Circuit Court of LaSalle County;

IT IS FURTHER ORDERED that the Clerk of the Court deliver a copy of this order to the Sheriff.

IT IS FURTHER ORDERED that the Sheriff take the defendant into custody and deliver him to the Department of Corrections which shall confine said defendant until expiration of his sentence or until he is otherwise released by operation of law.

This order is effective immediately.

DATE: 2/21/97       ENTER: _____ JUDGE
                    H. Chen
                    (PLEASE PRINT JUDGE'S NAME HERE)

(State of Illinois)
(County of LaSalle)
I, Andrew F. Skoog, Clerk of the Circuit Court of LaSalle County, Illinois, and keeper of the records and files thereof, do hereby certify that the foregoing is a true and correct copy of the original document as it appears in the files in my office. Dated this 25 Day of SEPT, 2015

```
9/15/2015  FAM308P          CLERK OF THE CIRCUIT COURT                              PAGE    1
TIME  9:08:18               LASALLE COUNTY CIRCUIT CLERK
                            DEFENDANT CRIMINAL AND TRAFFIC CASE HISTORY
                                              W
                                           A  4/30/1976                                        DISPOSED
                                           R  BIRTHDAY                                         SENTENCE
CASE NUMBER DEFENDANT NAME / DESCRIPTION              OFFENSE    ARREST     FILED    NEXT DATE  DISPOSITION INFORMATION                    FEE/FINE  FEE/FINE  BOND
                                                      DATE       DATE       DATE                                                           TOTAL     BALANCE   BALANCE

1996CF000215 ROSAS GABRIEL                 4/30/1976
     01    3 POSSESS CANNIBIS PENAL INST              6/07/1996  6/07/1996  6/28/1996           COUNTY CRM & JUV
                                                                                     2/21/1997  Guilty
                                                                                     2/21/1997  Department Of Corrections 2YRS
                                                                                                Fines and/or Cost/Penalties and Fees

                                                                            END REPORT

DATE:  9/15/2015   [signature]
  BY: _____
       HON. ANDREW F. SKOOG
       Clerk Of The Circuit Court
```