FROM: GABRIEL ROSAS #50974-424
METROPOLITAN CORRECTIONAL CENTER
71 W. VANBUREN St.
CHICAGO, IL. 60605

TO: HONORABLE JUDGE ANDREA R. WOOD
UNITED STATES COURT HOUSE
FEDERAL DIRKSON BUILDING
219 S. DEARBORN St.
CHICAGO, IL. 60604

CASE NUMBER: 16 CR 107

DATE: NOVEMBER 14, 2018

**FILED**
NOV 20 2018 AM
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Greetings, and Hello Honorable Judge Wood!

I hope that I find you in the Holiday Spirit, and getting ready to stuff that turkey. Enjoying Life with family, friends, and loved ones! It always feels so good to have people in your Life, filling Life with smiles, laughter, and memories! However, there are so many who live an empty, lonely, and bitter Life. Some people live by choice, and others, well, seem to be stuck in that place, like when your thrown in the pool by surprise, and you do every thing possible to get to the surface and breathe oxygen. All the while gasping for air, and the fear that overwhelms you in those seconds. That feeling and sensation of despair, and feeling, not the thought, but feeling of fighting to Live! That is where I am at, and feel.

I apologize for missing court. The fact of the matter is that I had a very bad stress migraine. I am under so much stress, that it causes the back of my head and neck to hurt badly. And, the tension causes my body and bones to ache profusely.

Ms. Blaine, had come to see me the day before court. And, our conversation caused me to stress into a serious migraine. Then, to go to court, for a status, and sit there uncomfortably irate, with no sense of direction in my case is frustrating.

As you can see, that I am very frustrated, and it is evident. I sent Ms. Blaine a letter, asking her to withdraw from my case for good reasons.

It bothers me, and I do everything possible to understand, what I can't understand. How and why, I have, and am being held on mere allegations? There has not been one fact or given, that has the elements to substantiate the charges, that I am being held under. There are absolutely no FACTS in the record. I am being held on the credibility and honesty of the Agents of the Alcohol, Tobacco, Firearms, and Explosives (A.T.F.E.). This is the same federal Agency that, use malicious, and by any means necessary, tactics to make crimes exist. How is their credibility trustworthy and honest? When, the A.T.F.E. has been under so much scrutiny, and scandal, for their illicit and illegal tactics in the stash house stings? How was I profiled and made a target? When, in fact I was in and out the hospital fighting for my life, to live and stay Alive!? So, you mean to tell me that the entire time that, I was fighting to survive Cancer, the A.T.F.E., was plotting on taking my life away? I have not been given the discovery of how did I become the target and subject of an investigation? Where was the probable cause? I am trying to understand and make sense of this nonsense. I was arrested in a sting operation called OPERATION KING KONG, which does not exist in my case.

I was arrested with several others, and for arguements sake, the majority is already home and done with this case. How? The A.T.F.E. approached JOEY MUNOZ, paid him 20+ thousands of dollars, and made a deal not to charge JOEY MUNOZ with narcotics trafficking. Prejudice, and criminal. Now, JOEY MUNOZ was sent to target me, and JOEY MUNOZ does not exist anymore. How did I get to this point from not being part of that group in the sting? I was sick, and out of the way. My family has disowned me, along with so many loved ones, that have turned their back on me are so disappointed. How was I tied in with a group that I left to enjoy the life that I had left to live?

I was originally diagnosed in 2012 with stage 4 cancer, testicular cancer, lung cancer, and stomach cancer. I was given 2 years to live, if the cancer does not reach my brain. "Do you understand that I was given a death sentence, and I had to learn to live my entire life in 2 years!?" I was first misdiagnosed, of being constipated, to laying in my death bed. Going through all this is exactly like fighting cancer. They both want to take my life away. I don't want to die in prison! When I laid in my death bed, I went numb. I did not want to die! Now, I'm here fighting to have a life. Then, the AUSA offers me 2 bogus plea agreements. The time they offered was like they are playing the pick 3 lottery, and will surely be my death. How was the A.T.F.E. able to come up with a conclusion, when Justice Kavanaugh states "the FBI can't make a conclusion," on allegations. The landscape, good faith, and in the name of justice. What does this mean? The AUSA has been misleading and wasting time and money in the name of Justice. They asked for a continuance for transcripts, that if I'm not mistaken, are in the discs discovery that was

given to me, on 11/1/2017, a year ago. I have not seen these transcripts, that the AUSA, was allegedly waiting for. You sensed it, because the look that you gave, along with what you said. The AUSA had all of this time, and waited until my trial date, to suddenly need these transcripts. Because, these transcripts, are going to change the landscape of my case. Bologna, nothing changed! The AUSA has the authority to mislead the courts, abuse their power, and undermine the respect of the law and integrity of the courts, in the name of JUSTICE!. The AUSA charged me with the ACCA-Armed Career Criminal Act. When, in fact, the AUSA, knew that I did not qualify for the ACCA. This was held over my head, dragging me along to frustrate me, to sign my life away. And, if I don't sign, I will get life at trial. How is it that the AUSA knows that I will lose trial? Sentence manipulation, and abuse of power, with no check and balancing, nor accountability. Especially, for having the privilege to represent the United States of America. They are allowed to play the pick 3 lottery, with the time they offer, with no regard for human value and life. The AUSA and Mr. Blaine, knew that I did not qualify for the ACCA, but held it over my head since the very beginning. There are so many cases that have been overturned, vacated, or reversed because of the unconstitutionality of the ACCA. So, how is the AUSA able to say that it was a harmless error, or didn't know? Mr. Roscia, nor Mr. Blaine would contest and argue. Why wait for trial, waste time, and drag me along, over and over again? Now, this new plea agreement is just as bogus. Since, the ACCA didn't stick, lets charge Mr. Rosas, with being a Career Criminal with the ACCA statute? And, once again lets play the pick 3 lottery! I was made a target for guns. Because, guys and my background, the A.T.F.E., thought would give me so much time that would be a death sentence. So, I figure, or it's safe to assume that I was profiled based off

of my background. I just don't understand how the A.T.F. is allowed to get away with destroying Lives, with the backing of the AUSA?! I want to conduct a background investigation on the Agents and JOEY MUNOZ. Do you know how many people suffer for this, family, friends, loved ones, and all those that have never met me. Imagine if you suddenly pass away, who suffers? Keeping me in prison does not help nor save society. Locking me up does not keep the community safe, nor impacts World events. WAL-MART doesn't close down, and people still get mosquito bites. All this does is ruin so many lives! Life, is so Cheap.

How is it that when I file Complaints under RULE 3 of the Fed. Rules of Criminal Procedures, along with an Affidavit supporting my allegations, they are always denied? I follow the exact same recipe and template as the AUSA's do, and I get nowhere! But, yet, the A.T.F. do it, and here I am, fighting for my Life, gasping for air. Laying in that hospital bed, refusing to die.

I need a new lawyer who will fight to Save and Protect my Life, like a mother nurtures life into her newborn. Ms. Blaine's loyalty is to the courts, and my Life in her hands, has more worth than this. I've given Ms. Blaine the opportunity and benefit to prove her fight is for me, not with me. And, that says a lot!

Thank you so much for listening and understanding. I am sending you a few pages from my book, "The Story of JULIO DUKE Life's Winning Spirit." This is all that I have to offer the World. I explain the many fights with that horrible monster, called Cancer. There is more than one fight when dealing with Cancer. You fight, mentally, physically, spiritually, psychologically, and the fight to want to fight. No one can do it alone and we all need somebody. Now my fight with Cancer is this perfectly

flawed system. Share my writings with others. So, people are aware of Life's suffering at the expense?

Happy Holidays, Happy Thanksgiving, Merry Christmas, and Feliz Nuevo Año!

God Bless
Sincerely Yours
*[signature]*  11/14/2018
Gabriel Rosas #50976-424

# MESSAGE TO THE WORLD

'SUPRISE! JuLiŌ DuK-É IS HERE EVERYBODY!'

'JuLiŌ DuK-É, is 'Life's Winning Spirit!' That, You are Destined for Greatness! And, You, are a Born Winner, it is your Birth Rite! To Achieve Greatness, Living in Life's Essence, with the Will and Desire to Win!'

'Realize this, 'Life is so simple!' All Life asks of you, is to Enjoy Living_It! There is nothing, that you can't do! For, all things were created to be accomplished!'

'Understand, You, are, the Creator of Your Life! So, Lets Create Everybody! For, Everything, in Life, is Achieveable! And, Anything, in Life, is Attainable! Life, is Yours, Enjoy Living_It!'

Lets open, those doors to Greatness, and Inspire the World to Enjoy Living Life!' Make Living Great Again! Wake Up!'

'Now, repeat after me, 'I am Winning Today! You are Winning Today! We, are all, Winning Today!' Lets, Make Today a Winning Day! And, Make Living Great Again!' 'We Live Today! We Always Win! And, We Live Winning Forever!' That, is JuLiŌ DuK-É Life's Winning Spirit!'

'HELP ME! HELP YOU! SO, WE CAN HELP EACHOTHER! AND, TOGETHER, WE CAN HELP OTHERS!'

J. DuK-É

However, you do not seem to realize, or understand, what JuLiO DuK-E has been going through, and dealing with in Life! The weight, and struggles of the World, are crushing and destroying the Life out of me! I have spent all of my Life suffering! And, to this very day, JuLiO DuK-E, still continues fighting, to Live for my Life!

JuLiO DuK-E, has come back from the brink of death on several occasions. Now, once again, JuLiO DuK-E, is being tested and tried. "Over, and over, and over again!" "Why?! For what reason?! What purpose does it serve?!" These questions go unanswered in my mind! Though, I know that Life, will not give JuLiO DuK-E, more than I can't handle! However, JuLiO DuK-E, is all jacked up, and mentally wornout! "I ask myself, Is JuLiO DuK-E, really the Anointed One?!" "What kind of Gift, Miracle, and Blessing, is this DAMN CURSE?!" "How much more, must JuLiO DuK-E suffer, before Life's Winning Spirit, finally goes out?!"

"HELP ME EVERYBODY! PLEASE HELP ME!" I need from everyone, all of you, from around the World. To come together, and support JuLiO DuK-E's FIGHT TO SAVE MY LIFE!" So JuLiO DuK-E, can have a Life, I, I NEED MY BEAUTIFUL PRINCESS GIRL, GUARDIAN ANGEL! and EVERYONE, BACK IN MY LIFE! JuLiO DuK-E, NEEDS YOU!"

"EVERYBODY NEEDS SOMEBODY! JuLiO DuK-E NEEDS EVERYBODY! AND, I NEED YOU!" JuLiO DuK-E, knows how to die! But, yet, I have not even begun to Live!"

JuLiO DuK-E
THE ANOINTED ONE
A GIFT    A MIRACLE    A BLESSING

J. DuK-E



# WINNING

**JuLiO DuK-E**

LIFE'S — SPIRIT

"Life, as it seems, to be a continuous endless loop of suffering, and an ongoing struggle, that brings pain, and strife, in order to win serenity. ☒ Though, we learn to live through the sorrow, and experiences, we adapt, and strive to win greatness. ☒ Through the many adventures that we take, obstacles, that we endure, and fears that we face, we always figure out a way to succeed, and Win. ☒ Whether, through Life's cosmic power of grace, nature's alignment of force, or by natural selection, we always win. ☒ For, Winning, was bestowed, within us, from Life's meticulously perfect, and most beautiful creations, like gifts, miracles, and blessings. ☒ Because, Winning, is not a choice, or option. ☒ Winning, is what we do. ☒ So, hold your head up high, look up, and take in a deep breath of the Rich Essence, of a Winning Life. ☒ We Win, so We Win. ☒"

BY: JuLiO DuK-E / GABRIEL ROSAS #50974-424
TM©2018 — STAGE 4 CANCER SURVIVOR —

#Lets Make Living Great Again! ☒

J. DuK-E

# THE STORY OF JULIO DUKE

Julio Duk-E, sits here, in this room, all alone! I feel so alone. The whispers in my head say, "No one cares! You're irrelevant! Out of sight, Out of mind! You're forgotten!" I look around me, and the view is so depressing. Brick walls, all around me. I look out, the door. I see nothing, just more locked doors. Julio Duk-E, looks out, the window, and I see, my reflection, looking back at me. There is silence all around me! I have my walker next to me, that, keeps, Julio Duk-E company. I get teary eyed, but, my tears have all dried out! Julio Duk-E says, "This can't be the end?!" I am so drained, and have very little fight left for the next round! I feel so empty, and I'm afraid! This is not how the life of Julio Duk-E is suppose to be! "NO!, NOT ME!, NOT Julio Duk-E!! NOT the Golden Child!" Everybody Loves Me! And everybody knows Me! Julio Duk-E's The whispers in "No one head say, You're cares! Out of irrelevant! sight, Out of mind! You're forgotten! I have never been defeated!, for, Life's Winning Spirit, is invincible, an unstoppable force! But the whispers in my head say, "NO ONE CARES! YOU'RE IRRELEVANT! OUT OF SIGHT, OUT OF MIND! AND, YOU'RE FORGOTTEN!"



(Ribbon labeled: WINNING / LIFE'S / SPIRIT)

## J. DUK-E / GABRIEL ROSAS

GABRIEL ROSAS #50974-424
METROPOLITAN CORRECTIONAL CENTER
71 W. VANBUREN ST.
CHICAGO, IL. 60605



HONORABLE JUDGE ANREA R. WOOD
UNITED STATES COURTHOUSE
FEDERAL DIRKSEN BUILDING
219 S. DEARBORN ST.
CHICAGO, IL. 60604

- LEGAL MAIL -

METROPOLITAN CORRECTIONAL CENTER
71 W. VAN BUREN STREET
CHICAGO, IL 60605

The enclosed letter was processed through special mailing procedures for forwarding to you. This letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the materiel for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.

Date: 11-15-2018