FROM: GABRIEL ROSAS #295750　　　DATE: 4/30/2019
　　　　KENDALL COUNTY　　　　　　　　my birthday!!
　　　　1102 CORNELL LANE　　　　CASE NO: 16 CR 107
　　　　YORKVILLE, IL. 60560

TO: HONORABLE JUDGE ANDREA R. WOOD

**FILED**
EC MAY 8 2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Greetings and Hello!

This is JULIODUKE Life's Winning Spirit, but the Courts know me as Gabriel Rosas 16 CR 107, Mr. 9226). I am here to share with you a Mother's Day Poem, wishing you a very Happy Mother's Day! You are the Mother of the Court, and have a very difficult responsibility in deciding the fate of so many children, both young and old. I commend and admire you for that. It takes a real strong woman with great morals and principles to balance the hands of Justice. In making that one deciding factor, whether good or not so good, will affect and change the lives of so many. Life changing decisions that make history.

Now, I have many concerns regarding my medical issues, and the direction that this case is heading. First, I am having many issues with officers, Marshalls, staff, and medical regarding my health. It seem that for some reason no one believes that I am always in pain, I have so much nerve damage, I need a walker to walk with, I get dizzy spells, blackouts, head pain, back pain, neck pain, hip pain, knee pain, my back and left side go out on me, bad circulation, nauseas, chest pain, stomach pain, bleed often taking a crap, I fall out, and yet, everyone seems to be a human pain detector. All my complaints are ignored and turn into arguements. If I am not dying,

(1)

everyone says and believes that I am making all this up. My stomach, face, and feet swell up, often and I make it up. There are physical signs and I listen to my body, but I guess that the standard is to tell me that nothing is wrong! There is absolutely no medical device or test that gauges and detects pain. I have had extensive trauma, life threatening trauma, to not live in fear of pain. I have so many trust issues regarding my health. I was misdiagnosed with being constipated. Then, 2-days later, this same Dr. who diagnosed me and joked that I was full of shit, now tells me that I am dying of cancer. That is so drastic and a major misdiagnoses. So, can you understand why I do not trust? I trusted once, which the Dr. lied, and had I would not had listened to my body and went back to the E.R. I would have surely died.

I am so tired of being humiliated, degraded, made a mockery of, and ignored. This has become so overwhelming that I do not get accommodated. I ask for an extra blanket because my body aches so bad, and no. I ask for a bed with an extra mattress, and no. My every need is denied, and I cannot take this anymore. I grievance my issues, and go nowhere. I complain to the courts in the form of civil, and that has hit a dead end. Since, I am a nobody, and a nothing, I have no voice. I do not feel comfortable going to court because I have to continuously argue with the Marshalls to accommodate me with a wheelchair or walker. I was using a WALKER before my arrest. JOEY MUNOZ the informant knew how sick I was and my medical issues that I have been dealing with. I am at a disadvantage so I come to you for help. A Mother always fends for her child. Now, I am in a County jail sleeping

(2)

on the floor, in this Stack a Bunk that looks like a boat. There are only 2 beds that are assigned to 2 inmates. I am in a medical Unit that looks like an abandoned garage. It is so Cold, my body aches so bad. To get an extra Blanket or bedding has to get approved by the doctor. There is no standard treatment of Care and Patients have no RIGHTS. Can I donate my heart to a child in need of a Heart? I am suffering and am so miserable! I use a chair to walk, like a walker, because I fell and hurt myself alot!

Going through my Attorney, nothing gets done. I do not know what is going on with my Case. Is Attorney Quinn Michaelis still my Attorney? I have not seen nor heard from Attorney Quinn Michaelis, since the last time that I seen you at my last Court date. Attorney Quinn Michaelis has not answered any of my phone calls or communications. We have not discussed any pretrial motions or strategies. Is Attorney Quinn Michaelis alright? I am so concerned because I am not ready for trial. Give me time served to get this over with and be done with it. I am homeless and disabled. Life is an ongoing struggle and I hate it. Can you Continue my Court date Until September to have enough time to prepare or assign me Attorney Ms. **Allison Siegler Law Professor**. This is who I need.

All of my property and legal material was allegedly sent home. I do not know. I am at the mercy of people who have the power to abuse that power that was assigned to them. I have no money to keep on going through this. Honestly, what would you do? And, who do you turn to? Do you turn you Mother, Father, son, or daughter away? When, your job is to HELP, do you scold Them?

Respectfully Yours,
Gabriel Rosas  4/30/2019 HAPPY BIRTHDAY TO ME!
Gabriel Rosas #295750

(3)

For the Special Woman that You are, and all that You do! You're truelly Blessed for the



Judge Andrea Wood
MAKE LIVING GREAT AGAIN TMC2018
HAPPY MOTHER'S DAY
Strong, Wonderful, and most Beautiful Mother that You are!

The Sacrifices that You make to bring ever-lasting Happiness to Life! Your hard works of blood, sweat, and tears that make Life worth Living, will never go unnoticed! You, and only You, are Blessed with GOD's most Precious Gift! The Giver, Protector, and Creator of Life!

Julio DUKE TMC2018
STAGE 4 CANCER SURVIVOR

Gabriel Rosas #295750
Kendall County
1102 CORNELL LANE
YORKVILLE, IL. 60560

MAIL FROM
KENDALL COUNTY
CORRECTIONS

HONORABLE JUDGE ANDREA WOOD
U.S. COURT HOUSE
219 S. DEARBORN ST.
CHICAGO, IL. 60604

INDIGENT LEGAL MAIL

— LEGAL MAIL —

2019 MAY -8 AM 8:13 PC

P.C.


05/08/2019-2

— LEGAL MAIL —