# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

UNITED STATES OF AMERICA

                Plaintiff,

v.                                             Case No.: 1:16–cr–00107
                                                      Honorable Andrea R. Wood

Gabriel Rosas

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 7, 2019:

      MINUTE entry before the Honorable Andrea R. Wood s to Gabriel Rosas: Oral Ruling hearing held. Pursuant to the discussion held in open court and for the reasons stated on the record, Defendant's motion for production of confidential informant file [117] is granted in part. The Government shall produce the confidential informant file discussed on the record, with the confidential informant's identity redacted, by 10/15/2019. As stated on the record, the previously set pretrial schedule [127] is extended as follows. The parties' expert disclosures, if any, shall be made by 10/21/2019. The Government shall deliver copies of its witness and exhibit lists to Defendant by 10/21/2019. The parties' joint pretrial statement and motions in limine shall be filed by 10/28/2019; responses to motions in limine shall be filed by 11/12/2019. Final pretrial conference set for 11/18/2019 and jury trial set for 12/2/2019 remains firm. Status hearing set for 10/25/2019 at 9:00 AM. Defendant ordered to appear on 10/25/2019, 11/18/2019, and 12/2/2019 and be transported by U.S. Marshals Service. Mailed notice (ef, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.