FILED
NOV -6 2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GABRIEL ROSAS,<br>also known as "Gabe" | No. 16 CR 107<br><br>Violation: Title 18, United States Code, Section 922(g)(1) and Title 21, United States Code, Section 841(a)(1) |

**SUPERSEDING INDICTMENT**

JUDGE WOOD

MAGISTRATE JUDGE GILBERT

### COUNT ONE

The SPECIAL JANUARY 2019 GRAND JURY charges:

On or about December 31, 2014, at Joliet, in the Northern District of Illinois, Eastern Division,

GABRIEL ROSAS, also known as "Gabe,"

defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, namely, a 9mm, Bryco Arms, Model – Jennings Nine, bearing serial number 1362017, which firearm had traveled in interstate commerce prior to the defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

1

## COUNT TWO

The SPECIAL JANUARY 2019 GRAND JURY further charges:

On or about March 18, 2015, at Joliet, in the Northern District of Illinois, Eastern Division,

GABRIEL ROSAS, also known as "Gabe,"

defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, namely, a Phoenix Arms pistol, model HP22A, .22 caliber, bearing serial number 4406046, and a Rohm .22 caliber revolver, bearing serial number 1047115, which firearm had traveled in interstate commerce prior to the defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT THREE

The SPECIAL JANUARY 2019 GRAND JURY further charges:

On or about March 18, 2015, at Joliet, in the Northern District of Illinois, Eastern Division,

GABRIEL ROSAS, also known as "Gabe,"

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY