UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GABRIEL ROSAS | No. 16 CR 107<br><br>Judge Andrea R. Wood |

**MOTION FOR EXTENSION OF TIME TO COMPLY WITH TRIAL DEADLINES**

The United States of America by its attorney, John R. Lausch Jr., United States Attorney for the Northern District of Illinois, respectfully submits the instant motion to extend trial deadlines. In support whereof, the government states as follows:

1. On October 25, 2019, the defendant made an oral motion to continue the trial date in the above-captioned matter, which was then set for December 2, 2019. The Court did not continue the trial date that day, but extended some of the trial deadlines. Specifically, the Court ordered that the government's expert disclosures be made by November 8, 2019, and further ordered that the government's exhibit and witness lists be disclosed on or before the same date.

2. On November 7, 2019, the Court granted the defendant's oral motion to continue the trial date, and rest the trial until February 24, 2020. The Court did not reset any of the trial deadlines previously set by the Court.

3. On November 8, 2019, the government disclosed its experts to the defendant in a letter sent via email. The government however seeks an extension of

time within which to disclose its witness and exhibit lists, in light of the new trial date in February 2020.

WHEREFORE, the government respectfully requests that the Court GRANT the instant motion and reset the deadlines for the filing of witness and exhibit lists until closer to the scheduled trial date in February 2020.

                                      Respectfully submitted,

                                      JOHN R. LAUSCH, JR.
                                      United States Attorney

By:   /s/ *Timothy J. Storino*
        TIMOTHY J. STORINO
        Assistant U.S. Attorney
        219 South Dearborn St., Rm. 500
        Chicago, Illinois 60604
        (312) 353-5347

Dated: November 8, 2019