UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
JAN 19 2021
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

GABRIEL ROSAS
DEFENDANT-PETITIONER

CASE NO: 16 CR 107

-v.-

UNITED STATES OF AMERICA
PLAINTIFF-RESPONDENT

HONORABLE JUDGE ANDREA WOOD

## DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE AND/OR REDUCTION IN SENTENCE

NOW COMES DEFENDANT/PETITIONER GABRIEL ROSAS in PROPIA PERSONA in accordance with the principles of 18 U.S.C. § 3582, 18 U.S.C. 4205(g), and DEPARTMENT OF JUSTICE PROGRAM STATEMENT 5050.50 regarding DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE and/or REDUCTION IN SENTENCE.

DEFENDANT/PETITIONER GABRIEL ROSAS asks this Respectable Court to consider DEFENDANT'S extraordinary circumstances, that compels this HONORABLE JUDGE to GRANT DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE and/or REDUCTION IN SENTENCE, and release GABRIEL ROSAS from custody.

### FACTUAL BASIS

DEFENDANT/PETITIOR GABRIEL ROSAS is 44 years of age with an extensive history of medical issues, has approximately 9 months to be released, is sentenced for

a possession of a firearm, and is being held at the Metropolitan Correctional Center in Chicago, Illinois.

The Metropolitan Correctional Center in Chicago, Illinois is on lockdown due to a recent COVID-19 outbreak. Studies and the CDC express that jails and prisons are hotbeds for COVID-19 outbreaks. Due to being impossible to socially distance, inmate to inmate contact, overcrowding and inmates coming in from the streets, and especially staff to inmate contact. That, exposes DEFENDANT to being infected from a highly transmittable and contagious variant and strain of COVID-19.

DEFENDANT is an unsafe environment and at a much higher risk to exposure, that is detrimental to DEFENDANT'S health. That, exposure places DEFENDANT'S life in danger, due to DEFENDANT'S extensive history of medical issues and concerns.

DEFENDANT has recently tested positive for TUBERCULOSIS (TB), putting DEFENDANT at a higher risk of being infected with COVID-19. DEFENDANT is being confined in a single man cell under quarantine. TUBERCULOSIS (TB) is an underlying health issue.

DEFENDANT GABRIEL ROSAS is 44 years of age, and will be turning 45 years old this April 30, 2021. DEFENDANT is not in the best of health and has a history of Metastatic Cancer; Testicular, Stomach, and Lung. Where DEFENDANT went through many cycles of Chemo-Therapy, compromising DEFENDANT'S immune system, which is an underlying health issue.

DEFENDANT has a history of TUBERCULOSIS (TB), and high blood pressure, that are underlying health issues.

That, DEFENDANT having a history of Lung Cancer, TUBERCULOSIS (TB), high blood pressure, and a compromised immune system due to the many cycles of Chemo-therapy, places DEFENDANT'S Life and health at dangerous risk levels of being infected and getting sick. That, are underlying health issues.

This extremely dangerous risk, and unsafe environment creates extraordinary circumstances, and compelling reasons for GRANTING DEFENDANT'S MOTION.

DEFENDANT has approximately 9 months left on his sentence before being released from BOP custody. Also, DEFENDANT is ELIGIBLE to be released to the half-way house before his release date.

(3/7)

DEFENDANT is sentenced and convicted for a POSSESSION OF A FIREARM. POSSESSION of a firearm is a non-violent, and not a serious offense. That, this Respectable Court consider in GRANTING DEFENDANT'S MOTION.

DEFENDANT has ambulatory and mobility issues. DEFENDANT utilizes a walker to get around.

DEFENDANT has DEGENERATIVE DISC DISEASE, and a power port in his chest. DEFENDANT has limited use of his right arm and hand, from extensive nerve damage from his right arm being severed. DEFENDANT has a metal rod and screws from his left hip to knee, that causes DEFENDANT mobility issues.

DEFENDANT is in a very unique situation with regards to human life, his human life. DEFENDANT is at a much higher risk of getting sick, infected with COVID-19, or injured from a fall. Than, to be any type of danger or threat to any community.

There has been many inmates that were in BOP custody with less medical issues, more time remaining on their sentence, and more serious offenses than DEFENDANT. That, have been released from BOP custody on

(4/7)

Compassionate Release and/or Reduction in Sentence due to these similar extraordinary circumstances and compelling reasons. That, makes DEFENDANT GABRIEL ROSAS more than ELGIBLE to be RELEASED FROM BOP CUSTODY.

## CONCLUSION

In these difficult moments and extraordinary times, DEFENDANT's life is hard enough. Especially, living with so many health concerns, and living in fear of dying is overwhelming and stressing DEFENDANT and causing concerns of this crisis becoming never-ending.

There is a social crisis, mental health crisis, and pandemic that is affecting DEFENDANT, just like you. These extraordinary circumstances has brought both physical death, as well as mental death breaking DEFENDANT's spirit to live in fear of living. Because, DEFENDANT fears of getting sick in prison, knowing that there is a shortage of the vaccine. Inmates are way at the bottom with the people who do not have access to the vaccine. Or, like the stigma placed on prisoners and labeled as worthless, DEFENDANT believes that he will not be afforded the vaccine because he is in custody. This is a very serious concern for DEFENDANT.

DEFENDANT is locked down under Quarantine with

(5/7)

limited communication and access to his family. Being locked down in a cell will drive a normal man insane. All DEFENDANT has is his thoughts. And, thoughts as you know can go out of control. If it is not one worry or fear, it is another, in an instant. DEFENDANT has 30 minutes to make a 15 minute phone call, use the legal computer, email family, shower, and most importantly sanitize his cell. There is constant contact with staff that can infect inmates and spread COVID-19, without any clarification that staff is being tested for COVID-19. Especially, that there is a new variant strain that is highly contagious to spread like a wild fire.

The BOP has released so many inmates from custody with less medical issues, much more time remaining on their sentence, and more serious offenses. Such as all of Trump's friends who all committed treasonous acts against the United States of America. This is a major disparity with DEFENDANT'S life and those lives that do not matter, and is not worthy of compassion. These are truly extraordinary times, and Life Changing.

WHEREFORE DEFENDANT/PETITIONER GABRIEL ROSAS Respectfully asks this HONORABLE JUDGE of this Court to empathize and GRANT DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE and/or REDUCTION IN

SENTENCE to time served and release DEFENDANT from BOP custody. Based on these extraordinary circumstances and compelling reasons as stated in this Motion.

This Respectable Court and Honorable JUDGE Andrea R. Wood are aware of DEFENDANT'S health issues and concerns in 16 CR 107.

DEFENDANT Respectfully asks this HONORABLE COURT to place this Motion on the docket within 2-weeks of filing to avoid undue delay. In the name of Justice, So Help Me GOD. I just want to go home and live.

Respectfully Yours,
Gabriel Rosas 1/13/2021
Gabriel Rosas #50974-424
Metropolitan Correctional Center
71 W. Vanburen St.
Chicago, IL. 60605

(7/7)

GABRIEL ROJAS #50974-424
METROPOLITAN CORRECTIONAL CENTER
71 W. VANBUREN ST.
CHICAGO, IL. 60605

LEGAL MAIL

RECEIVED
2021 JAN 19 AM 9:10

01/19/2021-29

RECEIVED
2021 JAN 15 AM 12:00

HONORABLE JUDGE ANDREA R. WOOD
U.S. COURT HOUSE FEDERAL DIRKSEN BUILDING
NORTHERN DISTRICT OF ILLINOIS
219 S. DEARBORN
CHICAGO, IL. 60604

METROPOLITAN CORRECTIONAL CENTER
71 W. VAN BUREN ST, CHICAGO, IL 60605
The enclosed letter was processed through special mailing procedures for forwarding to you.
This letter has neither been opened nor inspected.

JAN 1 2 2021

If the writer raises a question or problem over which this facility has jurisdiction,
you may wish to return the material for further information or clarification.
If the writer encloses correspondence for forwarding to another addressee,
please return the enclosure to the above address.

– LEGAL MAIL –